**Shipment Detail Report**

PERLES LAW FIRM P C
Account Number(s):
Date Range of Report: 2/17/2018 - 3/19/2018
Login ID:
Day End Cutoff - 9:00:00 PM (local time for each account)

| DOM/ INTL* | Account Number; Login ID | Shipment Number; Invoice Number; Ship Date; Sent By | Shipment Reference | Receiver Information | Billing Information | Shipment Information | Est. Freight Chgs**; Consol Code | ITN |
|---|---|---|---|---|---|---|---|---|
| INTL | XXXXXXXXXX | Shipment #: 2624738270 Invoice #: 26 February 2018 Sent By: E. MacAllister | | Al Shamal Islamic Bank Elsayed Abdurrahman St. Khartoum, SUDAN (+249-183) 779078 Attn To: Mutasim Hassan Mahgoob | Bill Shipment To: Sender Acct: 795805361 Bill Duty/Tax/Fees To: Receiver | Weight: 1 Lb Description: Documents Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: EXPRESS ENVELOPE Asset Protection Amount: $0.00 | $134.36 $7.05 -------- $141.41 | |
| INTL | XXXXXXXXXX | Shipment #: 2624735934 Invoice #: 26 February 2018 Sent By: E. MacAllister | | Al Shamal Islamic Bank Elsayed Abdurrahman St. Khartoum, SUDAN (+249-183) 779078 Attn To: Hassan Mahmoud Ahmed Abd El-Ghafar | Bill Shipment To: Sender Acct: 795805361 Bill Duty/Tax/Fees To: Receiver | Weight: 1 Lb Description: Documents Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: EXPRESS ENVELOPE Asset Protection Amount: $0.00 | $134.36 $7.05 -------- $141.41 | |
| INTL | XXXXXXXXXX | Shipment #: 2624732983 Invoice #: 26 February 2018 Sent By: E. MacAllister | | Al Shamal Islamic Bank Elsayed Abdurrahman St. Khartoum, SUDAN (+249-183) | Bill Shipment To: Sender Acct: 795805361 Bill Duty/Tax/Fees To: Receiver | Weight: 1 Lb Description: Documents Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: | $134.36 $7.05 -------- $141.41 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 779078<br>Attn To: Salah Mohamed Abdul Rahiem | | EXPRESS ENVELOPE Asset Protection Amount: $0.00 | |
| INTL | XXXXXXXXXX | Shipment #: 2624731115<br>Invoice #:<br><br>26 February 2018<br>Sent By: E. MacAllister | | Al Shamal Islamic Bank Elsayed Abdurrahman St. Khartoum,<br><br>SUDAN (+249-183) 779078<br>Attn To: Al Bagir Yusuf Mudawi Ahmed | Bill Shipment To: Sender Acct: 795805361<br>Bill Duty/Tax/Fees To: Receiver | Weight: 1 Lb Description: Documents Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1<br>Svc Type: EXPRESS ENVELOPE Asset Protection Amount: $0.00 | $134.36<br>$7.05<br><br>--------<br>$141.41 |
| Ship Date 26 February 2018 Count = 4 | | | | | | | |

\* Domestic includes U.S. Virgin Islands
  International includes Canada and Puerto Rico
\*\* All Charges are estimated.

| SUMMARY | Total |
|---|---|
| Shipment Count | 4 |
| Total Shipment Weight | 4 Lbs |
| Estimated Freight Charges | $537.44 |
| Estimated Other Charges | $28.20 |
| Estimated Total Charges | $565.64 |

**Waybills printed will be invoiced unless voided.**

Date/Time Printed: Monday, March 19, 2018 1:46:26 PM
DHL WebShip 5.2 (01/2006) A