UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY OFISI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, S.A., et al.,<br><br>Defendants. | Civil Action No. 15-2010 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALFRED L. SCANLAN, JR., AND SCHLOSSBERG MASTRO & SCANLAN'S
MOTION TO WITHDRAW**

Alfred L. Scanlan, Jr., and his law firm, Schlossberg Mastro & Scanlan, provide this Memorandum of Points & Authorities in Support of their Motion to Withdraw their appearance as co-counsel for Defendant Al Shamal Islamic Bank (ASB) pursuant to United States District Court for the District of Columbia Local Civil Rule 83.6.

Local Rule 83.6(c) provides that "if a party's written consent is not obtained…an attorney may withdraw an appearance for a party only by order of the Court upon motion by the attorney served upon all parties to the case." Rule 1.16(b) of the D.C. Rules of Professional Conduct allows an attorney to withdraw his or her representation of a client "if withdrawal can be accomplished without material adverse effect on the interests of the client…".

As stated in the accompanying motion, ASB is already represented by another law firm in this case (Martin F. McMahon & Associates, PLLC). Hence, pursuant to Rule 1.16(b) above, withdrawing representation will have no material adverse effect on the interests of the client, ASB. In addition, Attorney Scanlan and his law firm only entered their appearance in this case due to

the fact that Attorney McMahon took a temporary leave of absence. Since he has returned from that absence, Attorney Scanlan and his law firm's services are no longer required.

For all of the foregoing reasons, as well as those stated in the accompanying Motion to Withdraw, Attorney Scanlan and his law firm respectfully request that their Motion to Withdraw be granted.

Dated: April 9, 2019

/s/ Alfred L. Scanlan, Jr.
DC Bar Number: 395048
Schlossberg Mastro & Scanlan
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742
Phone: 301-739-8610

/s/ Martin McMahon
DC Bar No. 196642
Martin F. McMahon & Associates
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 862-4343
mm@martinmcmahonlaw.com

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2019, I filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

/s/ Martin F. McMahon

Martin F. McMahon, Esq.