UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY OFISI, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BNP PARIBAS, S.A., et al.,**<br><br>Defendants. | Civil Action No. 15-2010 (JDB) |

## ORDER

Upon consideration of [72] the parties' consent motion for extension of time to complete jurisdictional discovery, and the entire record herein, it is hereby **ORDERED** that:

1. As stated in the Court's March 19, 2019 Memorandum Opinion: "Jurisdictional discovery . . . will be permitted concerning Al Shamal's activities in connection with the 1998 embassy bombings, and the extent to which Al Shamal acted in concert with, or at the direction of, al Qaeda to facilitate, plan, or execute the attacks." Accordingly, the parties have agreed that plaintiffs discovery requests shall focus on ties between Al Shamal and al Qaeda, including al Qaeda's investment in, ownership, or control of Al Shamal Bank before the August 1998 bombings and Al Shamal Bank's activities in connection with the attacks such as financial transactions, payments, or deposits facilitated or conducted for al Qaeda, its members, or its conspirators; resources or assistance in the planning, preparation, or execution of, and avoidance of detection and apprehension for, the August 1998 bombings; and resources or assistance to facilitate or support the activities of al Qaeda or its conspirators within the United States.

1

2. Al Shamal shall produce documents responsive to Plaintiff's first set of requests for the production of documents by not later than September 17, 2019.

3. Plaintiffs shall be entitled to depose Al Shamal and/or their corporate designees in relation to the topics identified in paragraph 1. Plaintiffs shall serve any notice of deposition setting forth the matters for examination pursuant to Federal Rule of Civil Procedure 30(b)(6) by not later than September 24, 2019. Al Shamal shall produce each corporate designee for deposition at a location mutually agreed upon by the parties by not later than December 4, 2019.

4. Plaintiffs shall submit their first set request of interrogatories to Al Shamal by not later than December 16, 2019. Al Shamal shall respond to Plaintiffs' first set of interrogatories by not later than January 17, 2020.

5. Plaintiffs shall notice any fact witnesses for depositions by not later than December 16, 2019, with any depositions to occur at a location mutually agreed upon by the parties no later than February 3, 2020.

6. Plaintiffs shall submit their first set of requests for admission to Al Shamal by not later than February 17, 2020. Al Shamal shall provide written responses to Plaintiffs' first set of requests for admission by not later than March 17, 2020.

7. All discovery must be completed by April 7, 2020. Any discovery issues must be raised to the Court by not later than April 7, 2020.

8. Any supplemental interrogatories, document requests, or requests for admission shall be served by Plaintiffs at least forty-five (45) days prior to the close of discovery. Al Shamal shall have thirty (30) days to provide complete responses to

Plaintiff's supplemental requests for the production of documents, interrogatories, and requests for admission, and forty-five (45) days to provide documents responsive to requests for the production of documents.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: August 1, 2019