# EXHIBIT A



# The Miller Firm LLC
### T R I A L   L A W Y E R S

Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA

**The Sherman Building
108 Railroad Avenue
Orange, VA 22960**

Nancy Leftwich, R.N.
Elisa A Dickson, RN, BSN, MS
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

August 31, 2020

**VIA EMAIL AND UNITED STATES MAIL**

Martin F. McMahon
Martin F. McMahon & Associates
1717 K Street, N.W., Suite 900
Washington, DC 20006

  **Re:**  **Ofisi v. Al Shamal Islamic Bank**

Dear Martin,

  Enclosed please find: (1) Plaintiffs' First Set of Interrogatories to Al Shamal Islamic Bank; and (2) Plaintiffs' First Set of Requests for Admission. These documents are being served on Al Shamal pursuant to our agreement to serve Al Shamal with written discovery in lieu of a Rule 30(b)(6) deposition.

  If you have any questions relating to these documents, please feel free to contact me directly.


      Very truly yours,

      THE MILLER FIRM LLC

      David J. Dickens


Enclosure:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY OFISI, et al.,

    Plaintiffs,

    - against-

AL SHAMAL ISLAMIC BANK., *et a*l.

    Defendants.

Civil No. 1:15-Civ-2010-JDB

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO AL SHAMAL ISLAMIC BANK

Pursuant to the Court's April 24, 2019 Order and Federal Rules of Civil Procedure 33 and 26, Plaintiffs, U.S. Government employees killed or injured in the August 7, 1998 bombings and attacks upon the U.S. Embassies in Kenya and Tanzania, submit the following interrogatories to Al Shamal Islamic Bank ("Al Shamal").  Following the specific interrogatories are instructions and definitions to assist you in responding to each interrogatory.  In addition, attached as **Exhibit A** is a listing of individuals, organizations, and entities relevant to complete and provide a full and accurate response to these interrogatories.

### REQUESTS FOR DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

Plaintiffs request that Al Shamal serve its answers to the following interrogatories, in writing and under oath, by hard copy to the undersigned counsel for Plaintiff **on or before September 30, 2020** at 108 Railroad Avenue, Orange, VA 22960 or via electronic mail at MMiller@mill

erfirmllc.com.

**Organization, Ownership, Board of Directors, and Executive Officers – Al Shamal Islamic Bank, Osama Bin Laden, and Related Persons**

1.      For the Relevant Period as defined below, that is January 1, 1993 through October 2002, please identify all (a) members of the Board of Directors of Al Shamal; (b) executive officers of the Bank; (c) shareholders of the Bank; (d) principal lenders to the Bank; and (e) relationship or customer service managers of the Bank with responsibility to manage, service, or supervise the Bank's activities with, for, or on behalf of Osama Bin Laden, any person acting on behalf or for the benefit of Osama Bin Laden, an immediate family member of Osama Bin Laden, or an organization or entity owned, controlled, or operated by or on behalf of Osama Bin Laden (*e.g*, El Hijira Construction and Development Company).  For each individual or entity, please identify: (1) the name of the individual or entity; (2) each role(s) they held with respect to Al Shamal (e.g., board member, shareholder, etc.) during the Relevant Period; and (3) the dates they held each position during the Relevant Period.  Where individuals or entities held multiple roles during the Relevant Period, please include a separate entry for each role with the corresponding dates.

2.      For the period January 1, 1993 through December 2004, please identify all positions that Adel Abdul Jalil Batterjee[1] held with respect to Al Shamal including, but limited to, roles an employee, investor, shareholder, officer, director, or Chairman of Al Shamal.  For each role that Mr. Batterjee held at Al Shamal please identify: (1) the specific role(s) held; and (2) the specific dates that he held each role.  Where Mr. Batterjee held numerous roles, please ensure that you are specific regarding which periods Mr. Batterjee held each role including the

_____

[1] The aliases of each of the individuals specifically identified in these Interrogatories are provided in the attached **Exhibit A**.

month and year he began in the role and the month and year he ceased to hold the role (*e.g.*, "Shareholder, March 1995 through May 2002," "Director, June 1996 through June 2008").

3.      For the Relevant Period, please identify all capital shares, equity, investment, or property or ownership interests in Al Shamal, which were held in any form by, on behalf of, or for the benefit of Osama Bin Laden, any person acting on behalf of or for the benefit of Osama Bin Laden, an immediate family member of Osama Bin Laden, or an organization or entity owned, controlled, or operated by or on behalf of Osama Bin Laden.  For each responsive item, please identify: (1) the nature of the interest (e.g., capital share, equity, etc.); (2) the approximate date(s) it was held; (3) the name of each individual or entity that held the interest; and (4) the specific relationship of that individual or entity to Osama Bin Laden.

4.      For the Relevant Period, please identify all loans, credits, debt, bonds, debt securities, or indebtedness in any form between, directly or indirectly, Al Shamal and Osama Bin Laden, any person acting on behalf or for the benefit of Osama Bin Laden, an immediate family member of Osama Bin Laden, or an organization or entity owned, controlled, or operated by or on behalf of Osama Bin Laden, including but not limited to al Qaeda.  For each responsive item, please identify: (1) the nature of the transaction (e.g., loan, credit, etc.); (2) the approximate date(s) the loan, credit, debt, bond, debt security, or indebtedness existed or occurred; (3) the name of each individual or entity involved in the transaction; and (4) the specific relationship of that individual or entity to Osama Bin Laden.

5.      For the Relevant Period, please identify any members of the Board of Directors, corporate officers, and employees of Al Shamal Islamic Bank and suppliers of goods or services to Al Shamal Islamic Bank which were nominated, suggested, recommended, reviewed, approved, or selected, directly or indirectly, for service, employment, or office with Al Shamal

3

by Osama Bin Laden, any person acting on his behalf, an immediate family member of Osama

Bin Laden, or any employee or official of an organization or entity owned, controlled or operated

by or on behalf of Osama Bin Laden.  For each responsive item, please identify: (1) the name of

the individual or entity; (2) the position or contract for good or services they held; (3) the dates

they held that position or role; (4) the individual or entity that nominated, suggested,

recommended, reviewed, approved, or selected them, directly or indirectly, for the position or

role; and (5) the relationship of that individual or entity to Osama Bin Laden.

6.     For the Relevant Period, please identify any (i) employment, office, position, or

Board membership with Al Shamal Islamic Bank held by the below listed persons, (ii) other

services, goods, property, or funds provided to Al Shamal by the below listed persons, and (iii)

accounts, trusts, investments, assets, or property held or maintained by Al Shamal on behalf of

the below listed persons:

    a.  Adel Abdul Jalil Batterjee[2]

    b.  Abdelwahab Othman Sheikh Musa

    c.  Azzedin al-Sayed Muhammad Ali

    d.  Fathi Khalil Muhammad

    e.  Mutasim Abdul-Rahim

    f.  Yasin Al-Qadi

    g.  Saad Rashed Mohammad al-Faqih

    h.  Madani al Tayyib

For each individual, please identify: (1) the approximate dates that each individual held

any employment or other position with the bank or the dates an account or service was provided;

---

[2] The aliases of each of the individuals specifically identified in this Request are provided in the attached **Exhibit A**.

(2) the natures of the employment, position, or other goods and services provided to Al Shamal Islamic Bank; and (3) the range in value of accounts and assets held by the Bank for each individual or any other person or entity acting on behalf of, or owned or controlled by, the above individuals.

### Accounts and Transactions of Osama Bin Laden and affiliated al-Qaeda individuals, businesses, and supporters

7.     For the Relevant Period, please identify all accounts, deposits, transfers, withdrawals, statements, safe deposit boxes, loans, letters of credit, certificates, bonds, securities, investments, assets, real/personal/intangible property or interests in property (of any nature whatsoever), signature cards, account opening documentation, and financial transactions by, on behalf of, or for the benefit of Osama Bin Laden, an immediate family member of Osama Bin Laden, or an organization or entity owned, controlled, or operated by or on behalf of Osama Bin Laden, including but not limited to al Qaeda, al-Hijirah Construction and Development, Ltd., the Taba Investment Company, and Wadi Al Aqiq.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset (e.g., deposit, transfer, checking account, etc.); (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; and (5) the specific relationship of that individual or entity to Osama Bin Laden.

8.     For the Relevant Period, please identify all investments, property, charitable contributions, or assets in, or transactions conducted through, the United States directly or indirectly (e.g. by intermediary bank) by, on behalf of, or for the benefit of Osama Bin Laden, an immediate family member of Osama Bin Laden, or an organization or entity owned, controlled, or operated by or on behalf of Osama Bin Laden.  For each responsive item, please identify: (1)

the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; (4) the specific relationship of that individual or entity to Osama Bin Laden; and (5) all banks or financial institutions involved in any transaction.

9.      For the Relevant Period, please identify all accounts, deposits, transfers, withdrawals, statements, safe deposit boxes, loans, letters of credit, certificates, bonds, securities, investments, assets, real/personal/intangible property or interests in property (of any nature whatsoever), signature cards, account opening documentation, and financial transactions by, on behalf of, or for the benefit of each of the following persons or an organization or entity owned, controlled, or operated by or on behalf of each of the following persons:

   a.  Adel Abdul Jalil Batterjee

   b.  Abdelwahab Othman Sheikh Musa

   c.  Azzedin al-Sayed Muhammad Ali

   d.  Fathi Khalil Muhammad

   e.  Mutasim Abdul-Rahim

   f.  Yasin Al-Qadi

   g.  Saad Rashed Mohammad al-Faqih

   h.  Madani al Tayyib

   i.  Jamal Ahmed Al-Fadl

   j.  Essam al Ridi

   k.  Saad Rashed Mohammad al-Faqih

   l.  Muhammad Atef

m.  Ayman Al-Zawahiri

n.  Enaam Arnaout

o.  Saif al Adel

p.  Mamdouh Mahmud Salim

q.  Abdullah Ahmed Abdullah

r.  Muhsin Musa Matwali Atwah

s.  Khalid al Fawwaz

t.  Wadih el Hage

u.  Anas al Libi

v.  Ibrahim Eidarous

w.  Adel Abdel Bari

x.  Fazul Abdullah Mohammed

y.  Ahmed Mohammed Hamed Ali

z.  Mohammed Sadeek Odeh

aa. Mohamed Suleiman Al Nalfi

bb. Mohamed Rashed Daoud al-'Owhali

cc. Mustafa Mohamed Fadhil

dd. Khalfan Khamis Mohamed

ee. Ahmed Khalfan Ghailani

ff.  Fahid Mohammed Ally Msalam

gg. Sheikh Ahmed Salim Swedan

For each responsive item, please provide: (1) a description of the account, transaction, or

asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the

approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; and (5) all banks or financial institutions involved in any transaction.

10.     For the Relevant Period, please identify all accounts, deposits, transfers, withdrawals, statements, safe deposit boxes, loans, letters of credit, certificates, bonds, securities, investments, assets, real/personal/intangible property or interests in property (of any nature whatsoever), signature cards, account opening documentation, and financial transactions by, on behalf of, or for the benefit of any of the individuals, organizations, or entities listed in **Exhibit A** to this Request.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset.

11.     For the Relevant Period, please identify all investments, property, charitable contributions, or assets in, or transactions conducted through, the United States directly or indirectly (e.g. by intermediary bank) by, on behalf of, or for any of the individuals or entities listed in Interrogatory 9 or in **Exhibit A**.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; (5) all banks or financial institutions involved in any transaction.

### Correspondent Accounts, United States Transactions, Concealment, and Avoidance of Detection and Apprehension

12.     For the Relevant Period, please identify any formal or informal arrangement, agreement, or understanding by which Al Shamal Islamic Bank operated a branch office or

8

conducted any transactions outside of Sudan, including but limited to France, Luxembourg, Switzerland, the Kingdom of Saudi Arabia, the United Arab Emirates, Egypt, Oman, Qatar, Germany, Malaysia, the United Kingdom, or the United States of America.  For each responsive item, please provide: (1) a description of the arrangement; (2) the nature of any transactions or the locations of any office; (3) the approximate dates of the transaction or when the office existed; and (4) all individuals and entities associated with each transaction or office.

13.     For the Relevant Period, please identify any correspondent account or payable-through account held, directly or indirectly, by Al Shamal at any financial institution in the United States.  For each responsive item, please identify: (1) the bank where the account was held; (2) all individuals and entities associated with each account; and (3) the dates each account was open.

14.     For the Relevant Period, please identify any financial transaction, investment, asset, property or interest in property involving Al Shamal to, from, through, or in the United States directly or indirectly (e.g., through any number of intermediary or other banks).  Any such transaction, investment, asset, property or interest in property includes, by way of example, transactions relating to the purchase or sale of an airplane or other goods and services, charitable contributions, or student tuition, subsidies or assistance payments.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; (5) all banks or financial institutions involved in any transaction including their location.

15.     For the Relevant Period, please identify any accounts, financial transactions, statements, investment, asset, property or interest in property at, in, or through the United

European Bank or any successor bank involving, directly or indirectly, Osama bin Laden, an immediate family member of Osama bin Laden, an organization or entity owned, controlled, or operated by or on behalf of Osama bin Laden, a U.S. dollar transaction, or a person in the United States.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; (5) the relationship of any individual or entity to Osama bin laden; and (6) all banks or financial institutions involved in any transaction including their location.

16. For the Relevant Period, please identify any accounts, financial transactions, statements, investment, asset, property or interest in property at, in, or through the United European Bank or any successor bank involving, directly or indirectly, Adel Abdul Jalil Batterjee, an immediate family member of Adel Abdul Jalil Batterjee, an organization or entity owned, controlled, or operated by or on behalf of Adel Abdul Jalil Batterjee, a U.S. dollar transaction, or a person in the United States.  For each responsive item, please identify: (1) the nature of the account, transaction, or asset; (2) the approximate date(s) account, transaction, or asset existed or occurred; (3) the approximate value of the account, transaction, or asset; (4) the name of each individual or entity involved in the transaction or associated with the account, transaction, or asset; (5) the relationship of any individual or entity to Osama bin laden; and (6) all banks or financial institutions involved in any transaction including their location.

17. For the Relevant Period,  please identify all transactions processed by Al Shamal Islamic Bank involving Adel Abdul Jalil Batterjee, Enaam Arnaout, Benevolence International Foundation, Lajnat al-Birr al-Islamiah, or any other entity owned or controlled by Mr. Batterjee

or Mr. Aranout.  For each responsive item, please provide: (1) the date and amount of the transaction; (2) a description of the purpose of the transaction; and (3) a listing of all participants in the transaction including all banks or financial institutions involved in the transaction.

18.     For the Relevant Period, please identify all Al Shamal employees, officers , or directors that engaged in communications with the following financial institutions, their corporate predecessors, or any of their branches: United European Bank, Central Bank of Sudan, officials and employees of the Government of Sudan, BNP Paribas, British Arab Commercial Bank, Commerz Bank, Arab Investment Company, First Abu Dhabi Bank (formerly National Bank of Abu Dhabi), Dubai Islamic Bank, Mashreq Bank, Faisal Islamic Bank, Byblos Bank, National Commercial Bank, Banque De Commerce Placement, Abu Dhabi Islamic Bank, HSBC Bank, Bank of China, Qatar National Bank or QNB Group, Bank Muscat, National Bank of Egypt, and any financial institution in the United States relating to:

> a. sanctions imposed by the United States against Sudan, including the November 1997 sanctions imposed by Presidential Executive Order, the 1993 designation of Sudan as a sponsor of international terrorism, or any other sanctions imposed by the United States against Sudan or Sudanese persons and entities;
>
> b. S.W.I.F.T. directives and orders, including the July 30, 1992 "Urgent S.W.I.F.T. Notification on Money Laundering Financial Action Task Force," by S.W.I.F.T. Chairman Eric C. Chilton;
>
> c. any annual or periodic filings with the U.S. Treasury Department or the identification or collection of information to assist such filings by others;

d.  any blocking or freezing of property or interest in property arising from any sanctions imposed by the United States upon Sudan or any Sudanese person or entity;

e.   the 1993 designation of Sudan as a state sponsor of terrorism by the U.S. Department of State or public reporting regarding the designation;

f.  the April 26, 1996 United Nations' Security Council Resolution unanimously sanctioning Sudan for its support, facilitation, and harboring of international terrorists, actions to destabilize the governments of its neighboring African nations, and its refusal to abide by the norms of international law or public reporting regarding the resolution;

g.  the 1996 U.S. Department of State Fact Sheet reporting that Osama Bin Laden had invested $50 million in Al Shamal Islamic Bank or the public reporting of that information;

h.  the Organization of African Unity's ("OAU") condemnation of the "terrorist assassination attempt" against the President of Egypt while he visited Ethiopia in June 1995 that resulted in the deaths of several Ethiopian security officers as they acted to thwart the attack or public reporting regarding the condemnation;

i.  the public reporting in October 1997 that the Sudanese leader Hasan al-Turabi presided over a meeting with foreign terrorists including Dr. Ayman al-Zawahiri at which it was "decided to rebuild, open,

12

and expand the military training camps in Sudan and intensify their activities, by inviting a larger number of Arab and Muslim youth to participate";

j.  public statements issued by officials, Board members, or owners of Al Shamal Bank, including Mutasim Abdul-Rahim, before August 1998 in support of such training camps;

k.  the imposition of economic sanctions on Sudan by the United States in November 1997 or public reporting regarding the imposition of those sanctions;

l.  the August 1998 East African Embassy bombings and attacks;

m.  the transportation and movement of any persons listed in Exhibit A from, to, or through Kenya, Tanzania, Sudan, Afghanistan, Egypt, Iran, Qatar, Malaysia, or Pakistan during the period January 1993 through October 2, 2002, and

n.  any other attacks targeting the United States, its citizens, or its property before August 1998.

For each responsive item, please identify: (1) the Al Shamal employee, officer, or director who engaged in those communication; (2) all other participants in those communications; (3) the approximately dates of those communications; and (4) the topic of the communications.

19.    During the period November 1997 through December 1998, please identify all financial transactions conducted through financial institutions in Kenya or Tanzania or to or on behalf of individuals located in Kenya or Tanzania. For each responsive item, please provide: (1) the date of the transaction; (2) a brief description of the purpose the transaction; (3) the amount

of the transaction; and (4) all of the individuals, entities, and financial institutions involved in the transaction.  For the Relevant Period, please identify all individuals and entities compensated or paid for activities and services conducted outside of Sudan on behalf of Al Shamal Islamic Bank or any member of the Board of Directors or officer of the Bank, including, but not limited to, payments to Enaam Arnaout or any employee or agent of Benevolence International Foundation or Lajant al-Birr al Islamiah.  For each responsive item, please identify: (1) the individual or entity; (2) the date and location of the activities or services; (3) the manner and amount of compensation; and (4) all banks or financial institutions involved in processing the payments including their location.

20.     For the Relevant Period, please identify all business activities by Al Shamal Islamic Bank through employees, officers, or agents in the United States or persons in the United States including, but not limited to, travel to the United States by Al Shamal employees, officers, or agents and any formal or informal offices within the United States.  For each responsive item, please provide: (1) a description of any activity or the location of any office; (2) each individual or entity that engaged or participated in the activity; and (3) the approximately date of any activities or services or the period during which the office existed.

### INSTRUCTIONS

A.     Unless otherwise specified, these interrogatories refer to Relevant Period, January 1, 1993, to October 2002.  However, where a specific period is specified, that Period should govern your response to that request.

B.     Answer each interrogatory fully.  If you object to any interrogatory, state the reasons for objection and answer to the extent the interrogatory is not objectionable. If you are unable to answer an interrogatory fully, submit as much information as is available, explain why

14

your answer is incomplete, and identify or describe all other sources of more complete or accurate information.

C.       Where knowledge, information, or documents are requested, such request encompasses knowledge, information or documents in your possession, custody or control, or in the possession, custody or control of your staff, agents, employees, representatives and, unless privileged, attorneys, or any other person who has possession, custody or control of your proprietary knowledge, information or documents.

D.       If you indicate that you cannot provide an answer to any interrogatory because you no longer have responsive records please identify each such missing record or document by author, addressee, date, number of pages, and subject matter; and explain in detail the events leading to the destruction or loss, or the reason for the unavailability of such document and/or your inability to respond.

E.       Pursuant to Fed. R. Civ. P. 26(e), you are under a duty to amend any answer to these interrogatories for which you learn that the answer is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to us during the discovery process or in writing.

F.       For any interrogatory or part of an interrogatory which you refuse to answer under a claim of privilege, submit a sworn or certified statement from your counsel or one of your employees in which you identify the nature of the information withheld; specify the grounds of the claimed privilege and the paragraph of these interrogatories to which the information is responsive; and identify each person to whom the information, or any part thereof, has been disclosed.

G.       No agreement, understanding, or stipulation by Plaintiffs purporting to modify,

limit, or otherwise vary these interrogatories shall be valid or binding on the Department of Justice unless confirmed or acknowledged in writing (or made of record in open court) by a duly authorized representative of Plaintiffs.

H.      This Request and the accompanying **Exhibit A** include both individual names as well as aliases.  In nearly all cases, this information is derived from U.S. Government indictments, formal announcements of U.S. Government agency actions such as designations by the U.S. Department of the Treasury, and other government reports.  Should you require additional information to identify an individual or entity please contact undersigned counsel.

I.      A written response to this document request is required under Rule 33.  Al Shamal serve its answers to the following interrogatories, in writing and under oath, by hard copy to the undersigned counsel for Plaintiff **on or before September 30, 2020** at 108 Railroad Avenue, Orange, VA 22960 or via electronic mail at MMiller@millerfirmllc.com.

## DEFINITIONS

As used in this document:

1.      The terms "Al Shamal," "Al Shamal Islamic Bank," or "the Bank" shall include Al Shamal Islamic Bank, any predecessor, subsidiary, or affiliated financial institution or bank, and all representatives, agents, employees, officers, directors, and all other persons conducting, facilitating, or supervising financial transactions, investments, or activities for or on behalf of Al Shamal Islamic Bank.

2.      "You" or "your" refers to Al Shamal and to all other persons acting or purporting to act on behalf of Al Shamal, including agents and employees.

3.      The term "any" means one or more.

4.      The terms "identify" or "identity" means to state or a statement of:

(i)      in the case of a person other than a natural person, its name, the address of its principal place of business (including zipcode), its telephone number, and the name of its chief executive officer, as well as, if it has a person other than a natural person that ultimately controls it, that other person's name, the address of that person's principal place of business (including zipcode), that other person's telephone number, and the name of that other person's chief executive officer;

(ii)     in the case of a natural person, his or her name, business address and telephone number, employer, and title or position;

(iii)     in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

(iv)     in the case of a document, the title of the document, the author, the title or position of the author, the addressee, each recipient, the type of document, the subject matter, the date of preparation, and its number of pages; and

(v)      in the case of an agreement, its date, the place where it occurred, the identity of all persons who were parties to the agreement, the identity of each person who has knowledge of the agreement and all other persons present when it was made, and the subject matter of the agreement.

5.      The term "document" (or "documents") is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(l)(A), and includes writings, drawings, graphs, charts,

photographs, sound recordings, visual recordings, images, and other data or data compilation, stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form. A draft or non-identical copy is a separate document within the meaning of this term. Fed. R. Civ. P. 34(a).

6.      The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise) in oral, written, or electronic format.

7.      The term "person" means any natural person, or any business, legal, charitable, religious, or governmental corporation, entity, partnership, association, or group

8.      The term "financial institution" includes (i) any financial institution as defined in Section 5312(a)(2) of Title 31 of the United States Code and (ii) any foreign bank as defined in Section 1 of the International Banking Act of 1978 (12 U.S.C. § 3101).

9.      The term "financial transaction" includes any financial transaction as defined in Section 1956(c) of Title 18 of the United States Code.

10.      The term "in relation to," "relating," or "related to" means consist of, refer to, reflect, or be in any way connected with the matter discussed.

11.      The term "immediate family member" shall mean spouse, child, parent, sister, brother, sister-in-law, or brother-in-law.

12.      The terms "property" and "property interest" refer to any interest whatsoever, direct or indirect, present, future or contingent and is further defined as set forth in 31 C.F.R. § 594.309.

13.      The term "principal lender" means any person lending or extending credit to Al Shamal, holding bonds of Al Shamal, or guaranteeing payment or performance by Al Shamal in an amount of $100,000 USD or more.

14.     Unless otherwise specified, the term "Relevant Period" shall refer to the  period

January 1, 1993 through October 2002.


Dated: August 31, 2020                              Respectfully submitted,

_____
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Plaintiffs' Requests for Production of Documents to Al Shamal Islamic Bank has been made this 31st day of August 2020 via electronic mail and by placing a true copy thereof in the U.S. mail, postage prepaid, addressed to:

> Martin F. McMahon
> 1150 Connecticut Ave., N.W., Suite 900
> Washington, DC 20036
> Tel: (202) 862-4343

Michael J. Miller
Counsel for Plaintiffs

**EXHIBIT A**

**List of Individuals**

1.  Adel Abdul Jalil Batterjee (aka Adisaal Al-Battarjee, Adel Batterjee, Adil Abd al Jalil Batarji, Adil Al-Batterjee)

2.  Saad Rashed Mohammad al-Faqih (aka Sa'd Al-Faqih, Saad Alfaigiha, Sa'd Al-Faqi Saad Al Faqih, Saad Al-Fagih, Saad Al-Fakih, Abu Uthman)

3.  Osama bin Laden (aka Usama bin Laden, Usamah Bin-Muhammad Bin-Ladin, Shaykh Usamah Bin-Ladin, Abu Abdullah, Mujahid Shaykh, Hajj, Abdul Hay, al Qaqa, the Director, the Supervisor, the Contractor)

4.  Muhammad Atef (aka Abu Hafs, Abu Hafs el Masry, Abu Hafs el Masry el Khabir, Taysir, Sheikh Taysir Abdullah, Abu Fatima, Abu Khadija, Subhi Abu Sitta)

5.  Ayman Al-Zawahiri (aka Abdel Muaz, Dr. Ayman al Zawahiri, the Doctor, Nur, Ustaz, Abu Mohammed, Abu Mohammed Nur al-Deen)

6.  Saif al Adel (aka Saif)

7.  Mamdouh Mahmud Salim (aka Abu Hajer al Iraqi, Abu Hajer)

8.  Abdullah Ahmed Abdullah (aka Abu Mohamed el Masry, Saleh, Abu Marium)

9.  Muhsin Musa Matwali Atwah (aka Abdel Rahman al Muhajer, Abdel Rahman, Mohammed K.A. Al-Namer)

10.  Khalid al Fawwaz  (aka Khaled Abdul Rahman Hamad al Fawwaz, Abu Omar, Hamad, Khaled Al-Fauwaz,  Khaled A. Al-Fauwaz  Khaled A  Khalid Al-Fawwaz,  Khalid Khalik Al Fawwaz, Khalik  Khaled Al-Fawwaz, Khaled Khaled Al Fawwaz, Khaled Khalid Abdulrahman H. Al Fawaz)

11.  Wadih el Hage (aka Wadi al Hage, Abdus Sabbur, Abd al Sabbur, Fazul Abdullah Mohammed, Harun Fazhl, Fazhl Abdullah, Fazhl Khan, Wadia, Abu Abdullah al Lubnani, Norman, Wa'da Norman, the Manager, Tanzanite)

12.  Anas al Libi (aka Anas al Liby, Nazih Al-Raghie Nazih Abdul Hamed Al-Raghie, Anas Al-Sabi)

13.  Ibrahim Eidarous (aka Daoud, Abu Abdullah, Ibrahim Hussein Abdelhadi Eidarous, Daoud, Abu Abdullah, Ibrahim)

14.  Adel Abdel Bari (aka Adel Abdel Bary, Adel Mohammed Abdul Almagid, Abdel Bary, Abbas Abu Dia, Adel)

15.    Fazul Abdullah Mohammed (aka Harun,Harun Fazhl, Fazhl Abdullah, Fazhl Khan, Abdallah Fazul, Abdalla Fazul, Abdallah Mohammed Fazul, Fazul Abdilahi Mohammed Fazul Adballah, Fazul Abdalla, Fazul, Mohammed, Abu Aisha, Abu Seif Al Sudani, Haroon, Haroun, Harun, Abu Luqman)

16.    Ahmed Mohammed Hamed Ali (aka Ahmed the Egyptian, Shuaib, Abu Islam al Surir, Ahmed Mohammed Abdurehman, Ahmed Ahmed Ahmed Mohammed Hamed Ali Hamed Ali, Ahmad Al-Masri, Abu Islam Al-Surir, Ahmed Hemed Ahmed, Sheib, Abu Fatima, Abu Islam, Abu Khadijah, Ahmed Shieb)

17.    Mohammed Sadeek Odeh (aka **Abu Moath, Noureldine, Marwan, Hydar, Abu Moath, Abdullbast Awadah, Abdulbasit Awadh Mbarak, Assayid**)

18.    Mohamed Suleiman Al Nalfi  (aka Nalfi, Abu Musab, Mohamed Suleiman Adam)

19.    Mohamed Rashed Daoud al-'Owhali (aka aKhalid Salim Saleh Bin Rashed, : Moath, Abdul Jabbar Ali Abdel-Latif Khalid Salim Saleh Bin Rashed, Moath, Abdul Jabbar Ali Abdel-Latif, Khalid Salim Saleh bin Rashid, Mohammed Akbar, Abdul Jabba Ali, Latif, Abdel Jabbar al-Baloushi, M'aad, Mohammed al-Qatari)

20.    Mustafa Mohamed Fadhil  (aka Mustafa Ali Elbishy, Hussein, Hassan Ali, Khalid, Abu Jihad, Abd Al Wakil Al Masri Hassan Ali, Abu Al-Nubi, Mustafa Muhamad Fadil, Mustafa Fazul, Abu Jihad, Mustafa Mohammed, Abu Anis, Abu Yussrr, Nu Man)

21.    Khalfan Khamis Mohamed  (aka Khalfan Khamis, Elfani Hamis Ahmed, Zahran Nassor Maulid)

22.    Ahmed Khalfan Ghailani (aka Fupi, Abubakary Khalfan Ahmed Ghailani, Abubakar Khalfan Ahmed, Ahmed the Tanzanian, Foopie, FUPI, Abu Bakr Ahmad, Abubakar Ahmed A. Ahmed, Abubakar K Ahmed, Abubakar Khalfan Ahmed).

23.    Fahid Mohammed Ally Msalam  (aka Usama Al-Kini, Fahid Mohammed Ally Fahad Ally Msalam)

24.    Sheikh Ahmed Salim Swedan (aka Ahmed the Tall, Ahmed Ally, Bahamad, Sheikh Bahamad, Sheikh Bahamadi, Sheikh Ahmad Salem Suweidan, Sheikh Swedan, Sheikh Ahmed Salem Swedan)
25.    Ali Abdul Saoud Mohamed

26.    Jamal Ahmed Al Fadl (aka Abu Bakr Sudani, Abu Bakr al-Sudani, Abu Kastani, Abu Kazam)

27.    Essam al Ridi (aka Abu Tareq)

28.    L'Houssiane Kherchtou (aka Abu Zaid al Maghrebi, Abu Talal)

2

29.     Mubarak Douri (aka Mubarak al Dousri)

30.     Dr. Abdullah Mohamed Yusef

31.     Afad Makee

32.     Abdouh al Mukhlafi.

33.     Madani Sidi al Tayyib

34.     Khalid Sheikh Mohammed (aka Abdul Majid, Salem Ali)

35.     Shaykh Umar Abd al-Rahman (aka Omar Abdel Rahman, Blind Sheikh)

36.     Ramzi Yousef (aka Ramzi Ahmed Yousef)

37.     Muhammad Sadiq 'Awda

38.     Ahmed Ressam

39.     Rabih Haddad

40.     Sheikh Abdullah Azzam

41.     Mohammed Galeb Kalaje Zouaydi

42.     Nabil Sayadi

43.     Ennam Arnaout (aka Abu Mahmoud al Suri, Abu Mahmoud al Hamawi)

44.     Hisham Arnaout (aka Hisham)

45.     Mohamed Loay Bayazid (aka Abu Rida Suri)

46.     Mohamad Jamal Khalifa

47.     Wali Khan Amin Shah

48.     Gulbuddin Hekmatyar

49.     Wael Julaidan (aka Abu Hassan al Madani)

50.     Yaseen al Iraqi

51.     Hajj Ayoub

3

52.     Yunis Khalis

53.     Abdel Rahman al Dosari (aka Hown)

54.     Abu Zubair al Madani

55.     Abdallah Mohamed Yousef

56.     Madani al Tayyib

57.     Ibn al Khattab

58.     Saif ul Islam (aka Abu Islam, Abu Islam al Masry)

59.     Gul Mohamed

60.     Sheikh Fathi Mohammed

61.     Suleman Ahmer

62.     Ayman Khayyat

63.     Abu Khalid Al Masri

64.     Hajj Abdul Saboor

65.     Abdul Ghaffar

66.     Zakaria Khudeira

67.     Jamal Nyrbe

68.     Muhammad Almahdi Abdelbaqui

69.     Ma'moun Muhammad Al-Hasan Bilou

70.     Hase Tiric

71.     Munib Zaharigac

72.     Alen Cosic

73.     Uwaymir Anjum

74.     Zdhokar Dudayev

75.     Shamil Basayev

76.     Khattab

77.     Asad Ullah

78.     Syed Sarfaraz

79.     Naveed Anwar

80.     Muzzafar Khan

81.     Yusuf Ansari Wells

82.     Solange Waithe

83.     Ibrahim A. Elgabrowny

84.     Siddig Ibrahim Siddig Ali

85.     Clement Rodney Hampton-El (aka Abdul Rashid Abdullah, Doctor Rashid)

86.     Amir Abdelgani (aka Abdou Zaid)

87.     Fares Khallafalla (aka Abodou Fares)

88.     Tarig Elhassan

89.     Fadil Abdelgani

90.     Mohammed Saleh (aka Mohammed Ali)

91.     Victor Alvarez

92.     Earl Gant (aka Abd Rashid, Abd Jalil)

93.     Omar Ahmad Ali Abdel Rahman (aka Omar Ahmed Ali, Omar Abdel Al-Rahman, Sheik

Rahman, The Sheik, Sheik Omar)

94.     El Sayyid Nosair (aka Abu Abdallah, El Sayyid Abdul Azziz, Victor Noel Jafry)

95.     Mohammed Abouhalima

96.     Abdo Mohammed Haggag (aka Abdel Al-Rahman)

97.     Jamal Ahmed Mohammed Ali Al-Badawi (aka Jamal Muhsin al-Tali, Abu Abdul Rahman al-Badawi, Abu Abdul Rahman al-Adani, Jamal Mohammad Ahmad Ali al-Badawi, Jamal Mohammad Ahmad).

98.     Fahd Al-Quso (aka Abu Huthaifah, Abu Huthaifah Al-Yemeni, Abu Al-Bara, Abu Hathayfah Al-Adani, Abu Huthaifah Al-Adani, Fahd Mohammed Ahmed Al-Awlaqi, Huthaifah Al-Yemeni, or Abu Huthaifah Al-Abu Al-Bara)

99.     Sulaiman Abu Ghayth (aka Suleiman Abu Gayth)

100.    Yasin Al-Qadi (aka Yasin Ezzedine Qadi, Yasin Kadi Yasin al Kadi, Shaykh Yassin Abdullah Kadi Yasin, Kahdi)

101.    Saleh Abdullah Kamel

102.    Omar Abdullah Kamel Khalid bin Mahfouz

103.    Mohammed Galeb Kalaje Zouaydi

104.    Mohammed S. Mohammed

105.    Omar al-Bashir

106.    Hasan al-Turabi

107.    Prince Mohammed al Faisal

108.    Abu Hassan al-Sudani

109.    Dr. Sharif al Din Ali Mukhtar

110.    Abu Hammam al Saudi

111.    Ghassan Dahduli,

112.    Abu Ubaidah Banshiri

113.    Mohammed Galeb Kalaje Zouaydi

114.    Khalid abu Mahdi

115.    Mahfouz Walad Al-Walid Mohamedou

116.    Ould Slahi

117.     Saleh bin Abdul Aziz Al Rajhi

118.  Abdelwahab Othman Sheikh Musa

119.  Azzedin al-Sayed Muhammad Ali

120.  Fathi Khalil Muhammad

121.  Mutasim Abdul Rahim

122.   Ahmad Muhammad Aasran

123.  Mohammed Yousef Abbas

124.  Jamal Ibdelgani

125.  Mohammad Hassan Abdou

126.  Emad Abdou

127.  Amad Elden Abdou

128.  Abdalhale A. Abwalannan

129.  Dawud Adib

130.  Hosni Ahmed

131.  Mohssen Ahmed

132.  Nassar Al Din Alamani

133.  Majdi Alghamrawl

134.  Hekmat Alhadashek

135.  Abd Al Hafez Mustafa Ali

136.  Atif Ahmed Ali

137.  Hamdi Ali

138.  Samy Ali

139.  Sharif Ali

140.  Mike Alkam

141.   Bilal Alkasi

142.   Hassan Karim Allah

143.   Abu Abdulla Alngar

144.   Raef Alwisha

145.   Saleem Amin

146.   Hiam Arazy

147.   Mustafa Assad (Boriqua)

148.   Moneeb Ashrar

149.   Mohammed Atiyah

150.   Sami Atiyah

151.   Amin Awad

152.   Mona Awad

153.   Mohammad Azzam

154.   Ahab Ashraf Abdul Azziz

155.   Hasab el Rasoul Mohamed Babikar

156.   Abdul Basir (Tito)

157.   Ahmed Bilal

158.   Adnan Constantine

159.   Fawaz Damra

160.   Ahmed Al Dalta Daota

161.   Halim Abul Efni

162.   Moustafa Elaebrak

163.   Mahmud Elder

164.  Nimmar Eldar

165.  Ahmed Mansour El-Eslah

166.  Ali El-Gabrowny

167.  Ahmed Elganainy

168.  Moustafa Mohamed Elnore

169.  Ali Al Faqueer

170.  Shawki Abu Al Fariz

171.  Umar Faruqq

172.  Abdel Hafez

173.  Sahled Hahmad

174.  Mahamad Ahmed Al Haj

175.  Isam Abdul Hakim

176.  Saad Hanafi

177.  Estashamel Haque

178.  Quazi Haque

179.  Hesham El Hamamey

180.  Hammid Hammid

181.  Jack Hamrick

182.  Mohammed Al Hanooti

183.  Fathy M. Hasaan

184.  Sabri Hassan (John Kinard)

185.  Ibrahim Higazi

186.  Nasser Homosamy

187.  Alaa Ibrahim

188.  Khalid Ibrahim

189.  Mamdouh Ibrahim

190.  Muhammad Shawqi Islambouli

191.  Abdel Rahman Ja'afar

192.  Al Sayyid Sami Jamal

193.  Mahir Al Jamal

194.  Kamal Al Jayh

195.  Ali Abdul Kareem

196.  Ahmed Kacalek

197.  Abdel Khalek

198.  Walid Khalid

199.  Yah Yah Ibo Khalid

200.  Muhammed Khalifa

201.  Ashraq Khalil

202.  Samir Khalil

203.  Abd Al Khaliq

204.  Atif Mahmood Khan

205.  Ahmad Khatteria

206.  Tareq Khatteria

207.  Lawrence L. Khidr

208.  Y'aqub Kursam

209.  Khalil Lahoud

210. Yousef Maani

211. Mokhtar Mahmoud

212. Adel Mahroud

213. Hamam Saymed Mahseen

214. Ahmed Abd Al Majeed

215. Abd Al Mana'm

216. Abd Al Halimi Mansour

217. Said Mansour

218. Hassan El Mansouri

219. Safullah McNeil

220. Ahmad Megall

221. Mohamed Mehdi

222. Ali A. Mohamed

223. Arioua Mostafa

224. Adel Said Mohammed

225. Ashraf Mohammed

226. Mouki Ronani Mahammad

227. Mohmoud Mohmoud

228. Hassan Mousa

229. Mohammed Mousa

230. Sami Mousa

231. Ahmed H. Moustafa

232. Assan Muhammad

233.   Hanif Muhammad (Abu Hanif)

234.   Moustafa Muhammad

235.   Ahmed Muneer

236.   Daniel Murtaza

237.   Raymond Murtaza

238.   Hamdi Musa

239.   Omar Mohammed Musa

240.   Majed Mustafa

241.   Adel El Nasser

242.   Mustafa Dauod Mustafa Nassar

243.   Walid Abu Al-Noor (aka Waleed A. Nour)

244.   Kamal Muhamad Omar

245.   Bilal Phillips

246.   Fatahi Qoura

247.   Nabig Ragab

248.   Mikial Abdur Rahim (Richard Smith)

249.   Nabir Abu Abd Al Rakhi

250.   Frank Ramos

251.   Abu Obaida Rouas

252.   Yahyah Sabor

253.   Hussein Saffan

254.   Mustafa Saif

255.   Saifuldin

256. Tharwat Saleh

257. Tariq Mustafa Salem

258. Muhammad Samir

259. Ahmed Samy (Samy Mohammed Ali)

260. Ahmed Abdel Sattar

261. Sabir Shakir

262. Mustafa Shalabi

263. Mustafa Al Shareef

264. Hisham Al-Shihuri

265. Ali El Shnawi

266. Osama El Shinawi

267. Kelvin Smith

268. Abu Suliman

269. Yahya Abu Ubaidah

270. Abdul Wahhab

271. Sirraj Wahhaj

272. Abdu Wali

273. Madha Warda

274. Shawkat M. Wehidy

275. Khalid Younis

276. Nasser Younis

277. Ahmed Yousef

278. Mahmud Youoof

279. Yousef Bin Yousef

280. Zakariah

281. Badra Zhony

282. Ahmed Zidan

283. Abdu Wali Zindany

## **List of Entities**

284. Al Qaeda (aka Mekhtab al Khidemat, the Services Office, the Base)

285. Republic of Sudan and all of its state-owned or controlled financial institution

286. Sudanese Mission to the United Nations

287. Benevolence International Foundation (aka BIF, al Birr, Benovolence)

288. Lajnat al-Bir al-Islamia (aka Lajnatt al-Birr al-Islamiah)

289. Hezb e Islami Organization

290. Mehktab al Khidemat

291. International Islamic Relief Organization (aka IIRO, Igatha, Hay'at al-Igatha al-Islamiya al-'Alamiyaa)

292. Muslim World League (aka al Rabita al Alami Islamiya)

293. National Congress Party of the National Islamic Front

294. Sudan Popular Defense Force (aka Difaar al Shabi)

295. Qatar Charitable Organization

296. Black Swans

297. Ljiljan Commerce Group

298. Tadamon Islamic Bank

299. Faisal Islamic Bank

300. DMI Trust

301. Bank of Almusia

302. BNP Paribas SA or any subsidiary or affiliated institution

303. Egyptian Islamic Jihad

304. Mercy International (aka MIRA)

305. Al-Bir Saudi Organization

306. Third World Relief Agency

307. Al Khifa

308. World Assembly of Muslim Youth

309. al Themar al Mubaraka Agricultural Company

310. al Damazin Farms

311. Taheer Ltd.

312. Asma Limited Export and Import

313. al Baraka Investment and Development

314. the Haramain Islamic Foundation (al-Haramain Foundation)

315. the al Wafa organization

316. Saudi Binladin Group

317. Muwafaq Foundation

318. Al-Hijrah Construction and Development, Ltd.

319. Wadi al Aqiq import-export company

320. The Ladin import-export company

321. Mohammed bin Ladin Organization

322. Taba Investment Limited (aka Taba Investment Company)

323. Khartoum Tannery

324.   Bay Ashuhada

325.   United European Bank (and any successor bank)

326.   British Arab Commercial Bank-London

327.   Commerz Bank

328.   Arab Investment Company-Bahrain

329.   Dubai Islamic Bank

330.   First Abu Dhabi Bank (formerly National Bank of Abu Dhabi)

331.   Mashreq Bank

332.   Byblos Bank

333.   National Commercial Bank- Jeddah

334.   Banque De Commerce Placement

335.   Abu Dhabi Islamic Bank

336.   HSBC Bank

337.   Bank of China

338.   Byblos Bank

339.   National Bank of Egypt

340.   Qatar National Bank or QNB Group

341.   Bank Muscat

342.   Global Relief Foundation (aka Fondation Secours Mondial (FSM))

343.   Holy Land Foundation for Relief and Development