# EXHIBIT B



Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA
Brian Brake – VA
Edward J. Maggio -- NY

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

**Nancy Leftwich, R.N.**
**Elisa A Dickson, RN, BSN, MS**
**Website: Millerfirmllc.com**
**Telephone: (540) 672-4224**
**(866) 529-3323**
**Facsimile: (540) 672-3055**

October 29, 2020

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Martin F. McMahon, Esquire
MCMAHON & ASSOCIATES
1717 K Street, NW, Suite 900
Washington, DC 20006
Email: mm@martinmcmahonlaw.com

   Re: *Ofisi v. BNP Paribas S.A. et al.*, **Civil Action 15-cv-02010 (D.D.C.) (JDB)** –
     **Response to Interrogatories**

Dear Mr. McMahon:

  We are writing to follow up on our many efforts to reach you both by telephone and email regarding your client, Al Shamal Bank's ("Al Shamal['s]") failure to respond the attached set of Interrogatories (Exhibit A) in the above-captioned matter.

  As set forth in the attached email correspondence, Al Shamal agreed to accept service of the attached Interrogatories on August 31, 2020 with any responses or objections due on October, 2, 2020. To date, we have not received any response or objections from Al Shamal or any request for an extension. We have followed up with you by email and telephone on October 5, 9, and October 16, 2020.

  We ask that Al Shamal please serve any response or objections to our August 31 Interrogatories **no later than October 30, 2020**. If we do not hear from you by then, we will be forced to seek court intervention.

       Very truly yours,

       THE MILLER FIRM, LLC

       David J. Dickens

DJD:rmm

## FW: Ofisi v. Al Shamal, Case No. 15-2010

David Dickens <DDickens@millerfirmllc.com>
Mon 10/5/2020 8:29 AM

**To:** 'mm@martinmcmahonlaw.com' <mm@martinmcmahonlaw.com>
**Cc:** Edward Maggio <emaggio@millerfirmllc.com>

📎 3 attachments (241 KB)
Ltr. McMahon - Al Shamal Discovery - 8-31-20.pdf; Ofisi v. Al Shamal - Ps Interrogatories to Al Shamal.pdf; Ofisi v. Al Shamal - P's Requests for Admission.pdf;

Martin,

We served Interrogatories and Requests for Admission on Al Shamal on August 31st in accordance with our agreement. I don't believe that we've received any responses to date. Please send these to us as soon as possible.

Thanks,

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224

---

**From:** David Dickens
**Sent:** Monday, August 31, 2020 5:20 PM
**To:** 'Martin McMahon' <mm@martinmcmahonlaw.com>
**Cc:** Edward Maggio <emaggio@millerfirmllc.com>; Michael Miller <MMiller@millerfirmllc.com>
**Subject:** Ofisi v. Al Shamal, Case No. 15-2010

Martin,

Please see the attached.

Regards,

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224

Fw: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

David Dickens <DDickens@millerfirmllc.com>

---

**From:** David Dickens <DDickens@millerfirmllc.com>
**Sent:** Thursday, August 27, 2020 10:38 PM
**To:** Martin McMahon <mm@martinmcmahonlaw.com>
**Subject:** Re: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

No problem Martin. Have a good night

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 20187

---

**From:** Martin McMahon <mm@martinmcmahonlaw.com>
**Sent:** Thursday, August 27, 2020 10:29 PM
**To:** David Dickens
**Subject:** Re: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

Sorry david we accept ur proposal and dates.  I honestly thought the Sudanese govt would have had some master plan in place to resolve the designation process and all outstanding litigation. Take care and be safe martin

On Thu, Aug 27, 2020, 10:06 PM David Dickens <DDickens@millerfirmllc.com> wrote:
> Martin,
>
> The Court's Order required a joint statement to be filed by today (August 27th). We can hold off on filing for another hour but if we don't hear back from you by then, we'll have to file our own status report and note that we didn't hear from you regarding our proposal.
>
> Please email me back or call my cell (860) 803-1357 if you are going to send over something to be filed in a joint status report.
>
> David J. Dickens
> The Miller Firm, LLC
> 108 Railroad Avenue
> Orange, VA 20187
>
> ---
>
> **From:** David Dickens <DDickens@millerfirmllc.com>
> **Sent:** Thursday, August 27, 2020 8:09:41 PM
> **To:** Martin McMahon <mm@martinmcmahonlaw.com>
> **Subject:** Re: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

Martin- are we good to file? Or are you still working on this?

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 20187

**From:** Martin McMahon <mm@martinmcmahonlaw.com>
**Sent:** Thursday, August 27, 2020 1:36:31 PM
**To:** David Dickens <DDickens@millerfirmllc.com>
**Subject:** Re: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

Hi David,
We're reviewing your document and will get back to you shortly.

On Thu, Aug 27, 2020 at 11:27 AM David Dickens <DDickens@millerfirmllc.com> wrote:
> Martin,
>
> I just left you a message to discuss the joint status report due to be filed today. You can reach me at (860) 803-1357.
>
> As I stated in my earlier emails, in order to bring this to resolution and not request an additional extension of discovery, please let me know if you'd agree that if we produce limited written discovery (Interrogatories, Request for Admissions) by Monday August 31st -- Al Shamal would respond within 30 days. We'd then proceed with a briefing schedule.
>
> I've drafted the attached Joint Status Report with this agreement in mind. Please let me know if you agree. Give me a call if you'd like to discuss in more detail .
>
> Regards,
>
> David J. Dickens
> The Miller Firm, LLC
>
> **From:** David Dickens <DDickens@millerfirmllc.com>
> **Sent:** Thursday, August 27, 2020 7:25 AM
> **To:** 'Martin McMahon' <mm@martinmcmahonlaw.com>
> **Subject:** Re: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order
>
> Martin,
>
> I will amend our proposal based on my email yesterday. The first step would require plaintiffs' to file an amended complaint.
>
> We'd hope that you'd agree to respond to Interrogatories in lieu of a 30(b)(6) deposition so that we do not need to inform the Court that we were unable to complete the deposition in accordance with the Court's previous scheduling order. We believe this compromise would allow us to move forward without the need for a new discovery schedule.

We'd propose the following:

Plaintiffs' Amended Complaint: October 9th
Al Shamal's Motion to Dismiss: November 9th
Plaintiffs' Response: December 9th
Al Shamal's Reply: December 23rd

Please let us know if this is agreeable.

---

**From:** David Dickens
**Sent:** Wednesday, August 26, 2020 9:01 AM
**To:** 'Martin McMahon' <mm@martinmcmahonlaw.com>
**Subject:** FW: Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

Martin,

I am sure that you saw the below Order. We did not hear back from you regarding a date and location for the remote 30(b)(6) deposition. In lieu of the deposition at this stage, we would propose that we serve Al Shamal with limited Interrogatories to be responded to within 30 days and propose the following briefing schedule to Judge Bates:

    **September 28, 2020**: Al Shamal files renewed Motion to Dismiss

    **October 28, 2020**: Plaintiff's Opposition to Renewed Motion to Dismiss

    **November 11, 2020**: Al Shamal's Reply Memorandum

Please let me know if you agree with this plan and we will put together a draft Status Report for filing tomorrow.

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Monday, August 17, 2020 4:59 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:15-cv-02010-JDB OFISI et al v. BNP PARIBAS S.A. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

                                        **U.S. District Court**
                                        **District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 8/17/2020 at 4:58 PM and filed on 8/17/2020