# EXHIBIT C

Ofisi et. al.

Martin McMahon <mm@martinmcmahonlaw.com>
Wed 11/4/2020 1:38 PM
**To:** David Dickens <DDickens@millerfirmllc.com>

Re: Al Shamal Arab Bank

Dear David,

I am writing to inquire about the impact of the U.S. brokered peace agreement in Sudan on the case of *Ofisi, et. al v. BNP Paribas, et. al.* Civil Action No. 15-cv-2010.

As you most certainly know, the agreement calls for payment of $335 million in "immediate compensation for victims of bombings against American embassies in Kenya and Tanzania in 1998 and the destroyer Cole in 2000 and their families"[1]

Doesn't this make your case moot, at least with respect to damages?

 Thanks.

_____

[1] https://www.nytimes.com/2020/09/24/us/politics/us-sudan-terrorism.html

--
**Martin F. McMahon, Esq.**
**Martin McMahon & Associates, PLLC**
**1717 K Street, N.W., Suite 900**
**Washington, D.C. 20006**
**Tel: (202) 862-4343**
**Fax: (202) 776-0136**

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**