UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY OFISI, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>BNP PARIBAS, S.A., et al.,<br><br>　　Defendants. | Civil Action No. 15-2010 (JDB) |

**DEFENDANT COUNSEL'S REPLY TO PLAINTIFFS' OPPOSITION TO ATTORNEY MCMAHON'S MOTION TO WITHDRAW**

　　Comes now Defense Counsel Martin F. McMahon and offers this reply to Plaintiff's Opposition to his Motion to Withdraw (ECF 83) from the above captioned case, citing a total lack of cooperation and communication with client Al Shamal Arab Bank (hereinafter "ASB".)

　　The Plaintiffs' posture in opposing Attorney McMahon's motion to withdraw poses significant difficulties for Defendants and perhaps the Court.

　　Given the experience of the past 18 months, it is clear that Defendant Al Shamal Arab Bank is either not cognizant of, or perhaps respectful of, the U.S. judicial system.

　　Despite numerous requests for assistance in defending the bank, ASB has been totally uncooperative and not very forthcoming in providing information for Attorney McMahon to use in defending them.

　　Attorney McMahon recognizes that allowing him to withdraw will have an impact on the case and could result in a denial of due process for Defendant ASB. But allowing the case to go forward under the current circumstances is likely to have similar impact.

　　If Plaintiffs want Attorney McMahon to remain in the case, they should: 1) withdraw their motion to compel; and, 2) acknowledge to the Court that they are not likely to get more information from ASB—and

1

that they accept that reality. Furthermore, given the current level of cooperation, they are unlikely to be able to schedule depositions and other discovery.

It is possible that the new ownership of the bank wants to secure its own counsel, perhaps counsel that they have used in the past. Under its current ownership, ASB has no relationship with Attorney McMahon. Their lack of cooperation merely illustrates that.

Attorney McMahon should be allowed to withdraw from the case.

Respectfully submitted,

*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 862 - 4343
mm@martinmcmahonlaw.com

## CERTIFICATE OF SERVICE

I certify that on January 25, 2021, I filed the foregoing Reply to Plaintiff's Opposition to Attorney McMahon's Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
