UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY OFISI, et al.,**<br><br>Plaintiffs,<br><br>-against-<br><br>**AL SHAMAL ISLAMIC BANK., et al.**<br><br>Defendants. | Civil No. 1:15-Civ-2010-JDB |

### PLAINTIFFS' STATUS REPORT

1. Pursuant to the Court's Minute Order of September 6, 2021 and December 13, 2021, Plaintiffs' hereby submit this report updating the Court on the status of settlement negotiations and proposing a schedule for further proceedings in this case.

2. Plaintiffs' and the Republic of Sudan ("Sudan") are continuing their efforts to complete and effectuate a settlement. As anticipated, the collection of signed releases from plaintiffs residing in three continents remains a slow and arduous process.

3. Plaintiffs' continue to work with the State Department to implement the settlement agreement and facilitate a more rapid and efficient resolution of the claims process. Plaintiffs' counsel had productive in-person meetings with State Department representatives on November 16 and December 7, 2021 relating to the processing of claims and the distribution of funds to plaintiffs consistent with the settlement agreement.

4. Plaintiffs and Sudan have made progress towards completing settlement since the September 11, 2021 Status Report, however, it is still not a foregone conclusion that a settlement of this matter will become final and effective.

5. Accordingly, plaintiffs propose that they report back to the Court on the status within ninety (90) days or Monday, March 14, 2022 regarding the status of the matter.

6.  Plaintiffs are prepared to answer any questions which the Court may have as the Court deems appropriate.

Respectfully Submitted,

/s/ Gavriel Mairone
Gavriel Mairone, Esq.
MM-LAW, LLC
980 North Michigan Avenue
Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444

David J. Dickens, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2021 a true and correct copy of the foregoing Plaintiffs' Status Report was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

                                                  /s/ Gavriel Mairone
                                                  Gavriel Mairone