UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY OFISI, et al.,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**AL SHAMAL ISLAMIC BANK, et al.,**<br><br>     Defendants. | Civil Action No. 15-2010 (JDB) |

### ORDER

Upon consideration of [ECF No. 96] plaintiffs' motion to dismiss with prejudice all claims against defendant Al Shamal Islamic Bank, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiffs' claims against Al Shamal Islamic Bank are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2); and it is further

**ORDERED** that each party shall bear their own costs.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 10, 2022